IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00718-WYD-BNB

BARDEN COLORADO GAMING, LLC, a Colorado limited liability company,

Plaintiff,

v.

GLOBAL CASH ACCESS, INC., a Delaware corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion for Stay of Proceedings** [docket no. 12, filed May 15, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Scheduling Conference set for June 6, 2006, is **vacated and reset to August 7, 2006, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and the confidential settlement statement are due on or before **July 31, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

IT IS FURTHER ORDERED that responses due to the counterclaims and the pending Motion to Dismiss are due on or before **June 12, 2006**.

DATED:  May 19, 2006