IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00718-WYD-BNB

BARDEN COLORADO GAMING, LLC, a Colorado limited liability company,

Plaintiff,

v.

GLOBAL CASH ACCESS, INC., a Delaware corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Third Stipulated Motion for Stay of Proceedings** [docket no. 19, filed July 12, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  Responses due to the counterclaims and the pending Motion to Dismiss, including all meet and confer and disclosure deadlines, are due on or before **August 11, 2006.**


DATED:  July 14, 2006