IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00718-WYD-BNB

BARDEN COLORADO GAMING, LLC, a Colorado limited liability company,

      Plaintiff,

v.

GLOBAL CASH ACCESS, INC., a Delaware corporation,

      Defendant.

---

## ORDER

---

      The Court, having reviewed the Stipulated Motion for Dismissal [# 23], filed

August 3, 2006, and being duly advised in the premises, hereby

      ORDERS that the Stipulated Motion is **GRANTED**.  This case is dismissed with

prejudice, each party to pay its own attorneys' fees and costs.

      Dated:  August 7, 2006

                           BY THE COURT:

                           s/ Wiley Y. Daniel
                           Wiley Y. Daniel
                           U. S. District Judge